## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 811 MAL 2018

         Cross Petitioner    :

                         :   Petition for Allowance of Appeal

                         :   from the **Unpublished**

         v.                 :   **Memorandum and Order** of the

                         :   Superior Court at No. 3307 EDA

                         :   2017 entered on November 6, 2018,

PHIL LEONE,               :   **affirming, vacating and**

                         :   **remanding** the Judgment of

         Respondent      :   Sentence of the Northampton

                         :   County Court of Common Pleas at

                         :   No. CP-48-CR-0000626-2016

                         :   entered on June 5, 2017

## <u>ORDER</u>

**PER CURIAM**                                       DECIDED: September 1, 2020

       **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of *Commonwealth* v. *Butler*, 226 A.3d 972 (Pa. March 26, 2020).